452 A.2d 1090

Commonwealth v. Nelson, Appellant.

Argued May 10, 1982.   Leon Wilbert Tucker, for appellant; Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

452 A.2d 1090

Commonwealth v. Nuttall, Appellant.

Petition for Allowance of Appeal Denied March 28, 1983.

Submitted June 8, 1982.   Richard J. Jacobs, for appellant; Christopher T. Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.